## 28589. CONNELL *v.* PARRISH.

GARDNER, J. 1. The motion to dismiss the writ of error is denied.

2. The evidence, though conflicting, was sufficient to sustain the finding of the ordinary that the way in question had been established by prescription, as alleged, in the essentials provided by law. The judge of the superior court did not err in refusing to sanction the petition for certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 24, 1941.

*Jesse J. Gainey,* for plaintiff in error. *B. B. Earle,* contra.